IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and FRED CHYNOWETH, Revenue Agent, Internal Revenue Service,<br><br>        Petitioners,<br><br>    v.<br><br>GEORGE SERBAN and RITA SERBAN,<br><br>        Respondents. | Case No. 1:06-cv-1018 OWW DLB<br><br>ORDER CONTINUING HEARING DATE |

   Pending before the Court is the United States' petition to enforce IRS summonses served upon respondents George Serban and Rita Serban. The parties have filed a Joint Stipulation for Entry of Order Continuing Hearing Date. In the Stipulation, the parties agree and request that the hearing on the Order to Show Cause be continued to November 3, 2006, at 9:00 a.m.

   This Order reflects the agreement as presented by the Stipulation filed by the parties.

   IT IS HEREBY ORDERED that the hearing on the United States' petition to enforce the IRS summonses to George Serban and Rita Serban, set for October 6, 2006, at 9:00 a.m., is continued to November 9, 2006, at 9:00 a.m.

   IT IS SO ORDERED.

   **Dated:   October 6, 2006**              **/s/ Dennis L. Beck**
3b142a                                       UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION FOR ENTRY OF ORDER CONTINUING HEARING DATE; [PROPOSED] ORDER