McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF (SBN 219488)
Asst. United States Attorney
U.S. Courthouse, Suite 4401
2500 Tulare St.
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America and
Revenue Agent Fred Chynoweth

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and FRED CHYNOWETH, Revenue Agent, Internal Revenue Service, <br><br>　　　　　　Petitioners, <br><br>　　v. <br><br>GEORGE SERBAN and RITA SERBAN, <br><br>　　　　　　Respondents. | Case No. 1:06-cv-1018 OWW DLB <br><br>JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a); ORDER |

　　　Petitioners United States of America and Revenue Agent Fred Chynoweth, and respondents George Serban and Rita Serban, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action pursuant to Fed. R. Civ. P. 41(a). The parties further stipulate that each party shall bear its own costs and fees in this action. This Joint Stipulation of Dismissal is executed by all parties that have appeared in this

1  action.

2

3                                          Respectfully submitted,

4  Dated:  November 8, 2006                McGREGOR W. SCOTT
                                           United States Attorney
5

6                                          /s/ Kirk E. Sherriff
                                           KIRK E. SHERRIFF
7                                          Assistant U.S. Attorney

8                                          Attorneys for Petitioners

9

10

11 Dated:  November 8, 2006                GIBBONS & ASSOCIATES

12
                                           /s/ Peter Gibbons
13                                         (as authorized on 11/7/06)
                                           PETER GIBBONS
14
                                           Attorneys for Respondents
15                                         George Serban and Rita Serban

16

17

18
   IT IS SO ORDERED.
19
   **Dated:   November 9, 2006**             **/s/ Oliver W. Wanger**
20 emm0d6                                   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28
                                         -2-
   JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a);
                            [PROPOSED] ORDER